[No. 16373–6–I. Division One. March 16, 1987.]

ALBERT A. BAJOCICH, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–13785–5, Marshall Forrest, J., entered April 22, 1985. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Durham and Noe, JJ.

Pro Tem. Now published at 48 Wn. App. 45.